389 P.3d 135

**Timmy Hyun Kyu AKAU,
Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-13-0003754**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CIVIL NO. 1SD13-1-9)

## MEMORANDUM OPINION

Affirm.

389 P.3d 135

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Kainoa H. KAHELE-BISHOP,
Defendant-Appellant**

**NO. CAAP-14-0001361**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 14-1-047K)

## MEMORANDUM OPINION

Vacated. Remanded.

389 P.3d 135

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Jeffrey Michael McKEE,
Defendant-Appellant**

**NO. CAAP-15-0000690**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-0132)

## SUMMARY DISPOSITION ORDER

Vacated. Remanded.